THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS UTSEY, Appellant.

Submitted February 27, 2006; decided March 23, 2006

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLIE VEGA, Appellant.

Submitted March 20, 2006; decided March 23, 2006

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.